```
GEOFFREY E. WIGGS (SBN 276041)
NADYA MACHRUS (SBN 334413)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
```

**Entered on Docket
February 10, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: February 10, 2023



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>LINDA A. SHAIMAS,<br><br>　　　　　Debtor. | Case No. 22-30700<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO VACATE DISMISSAL** |

　　　The court grants Debtor's Ex Parte Motion Vacate Dismissal. For the reasons set forth in Debtor's Motion, the court hereby orders as follows:

　　　ORDERED that the motion is granted and the order dismissing case (Docket #14) is vacated effective on the date of this order.

**\*\*\* END OF ORDER \*\*\*\***